UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-21324-CIV-MORENO

MICHAEL J. CASDORPH,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING SUCCESSIVE PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **April 14, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 7)** on **April 26, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 7)** on is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Successive Petition is barred by the statute of limitations and this case is therefore DISMISSED. All other pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of April, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White
Counsel and Parties of Record